IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

|  |  |
|---|---|
| Bettina Whitt, Individually and as Personal Representative of the Estate of Billy Daniel Whitt, </br></br>                      Plaintiff, </br></br> v. </br></br> Carolinas HealthCare System ACO, LLC (currently known as Atrium Health), Dr. Victor Lerch, and Team Health Emergency Physicians, </br></br>                      Defendants. | C.A. No.: 6:18-CV-00603-TMC </br></br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

    Pursuant to Rule 41(A) of the Federal Rules of Civil Procedure, the Plaintiff, Bettina Whitt, Individually and as Personal Representative of the Estate of Billy Daniel Whitt, by and through her undersigned attorneys, hereby dismisses, without prejudice, Defendant Team Health Emergency Physicians from the above captioned matter. Plaintiff expressly reserves her right to pursue all claims against the other Defendants in this action.

    Respectfully submitted,

    PARHAM SMITH & ARCHENHOLD, LLC

    <u>s/ S. Blakely Smith</u>
    <u>s/ Mackenzie G. Brooke Archenhold</u>
    S. Blakely Smith (Fed ID No.: 6954)
    Mackenzie G. Brooke Archenhold  (Fed ID No.: 9618)
    15 Washington Park
    Greenville, SC  29601
    (864) 242-9008

2

DEMINT LAW FIRM, PA

s/ Jamie R. DeMint
Jamie R. DeMint (Fed ID No.: 9940)
15 Washington Park, Suite A
Greenville, SC 29601
(864)-214-0161

Attorneys for Plaintiff

2